IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JACQUELINE J. LOCKHART, )
)
    Plaintiff, )
)
v. ) CASE NO. 3:16-cv-461-TFM
) [wo]
NANCY A. BERRY HILL[1], )
Acting Commissioner of Social Security, )
)
    Defendant. )

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is REVERSED and REMANDED. Judgment is entered in favor of the Plaintiff, Jacqueline J. Lockhart, and against the Defendant, Commissioner and this case is REVERSED and REMANDED for an award of benefits.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DONE this 27th day of February, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE